122 P.3d 1165

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Puha | 26326 | 11/04/2005 | Affirmed |
| Moody v. Lam | 26854, 26993 | 11/10/2005 | Remanded & affirmed |
| State v. Sapanara | 26457 | 11/18/2005 | Affirmed |
| State v. Kekuewa | 26741 | 11/21/2005 | Affirmed |
| Yamaguchi v. Yamaguchi | 26483 | 11/21/2005 | Vacated & remanded |